STATE v. CEDAR WORKS.

(Filed 8 March, 1911.)

**Navigable Streams—Obstruction—Evidence—Burden of Proof.**
    To maintain an indictment for obstructing a canal, it must be shown that the canal was a navigable stream.

APPEAL by defendant from *J. S. Adams, J.,* at Fall Term, 1910, of TYRRELL.

*Attorney-General and George L. Jones for the State.*
*Aycock & Winston and W. M. Bond for defendant.*

PER CURIAM. The defendant was indicted for obstructing Basnight's canal. There is no evidence to show that the canal was a public navigable stream, and his Honor erred in submitting the case to the jury.

This renders it unnecessary to consider any of the other exceptions in the record.